## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

IN RE:

**LAWRENCE JAMES SCHNABEL and**
**JEANNETTE DROZD,**
Debtors.

**CASE NO:  6:10-bk-17290**
**CHAPTER 13**

_____

### ORDER TO EMPLOYER TO DEDUCT
### AND REMIT AND FOR RELATED MATTERS

TO EMPLOYER:            American Automobile Association
                       Attn:  Payroll Department
                       1000 AAA Drive
                       Heathrow, FL 32746-5063

This case came before the Court upon the Debtors' Motion for Wage Deduction Order (Document No. 10).  The abovenamed Joint Debtor/Employee has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay, in whole or part, certain debts under the protection of this Court.  These debts are to be paid by the Chapter 13 Trustee from the Joint Debtor/Employee's future earnings pursuant to the request of the Joint Debtor, JEANNETTE DROZD.

IT APPEARING to this Court that it is appropriate for the Court to assure that the future earnings designated to pay these debts are not used for other purposes.

IT IS HEREBY ORDERED that:

1.    There shall be a Chapter 13 wage deduction.  Accordingly, the employer shall immediately begin withholding from the wages, salary, commission or other earnings or income of said Joint Debtor/Employee the sum of $1,204.16 per pay period for a total of $2,609.00 per month, and remit all deductions to the Trustee at the time the deduction is made by the employer.  Said funds should be received by the Trustee no later than the 28th of each and every month.

2.    This Order shall be deemed null and void and all deductions stopped upon the entry of an Order dismissing this case, an Order converting this case or a Report of Completion by the Chapter 13 Trustee.

3.    The employer is enjoined and restrained from discharging, terminating, suspending or discriminating against the abovenamed Joint Debtor/Employee on account of the filing of the Chapter 13 Petition and of this Wage Deduction Order, or to permit otherwise which would render this Wage Deduction Order a nullity; in the event of discharge, termination or suspension of or discrimination against this Joint Debtor/Employee for any reason whatsoever the employer is further ORDERED TO NOTIFY the Trustee of the discharge, termination, suspension, or discriminatory action, and the specific reason(s) therefore.

4.    If a summons or garnishment concerning the Joint Debtor/Employee has been served on the employer, this Chapter 13 case automatically enjoins and stays the proceeding pursuant to 11 U.S.C. Section 362(a); and the employer is enjoined and stayed from making any further deductions from the Joint Debtor/Employee's earnings on account of a garnishment, and is ORDERED to remit immediately to the Trustee any sums already deducted and not yet paid over to the garnishment Court.   Any garnishment or payroll deduction for **current** alimony and/or child support shall not be affected by this Wage Deduction Order.

5.    This Order supersedes any previous Order for garnishment, or other Order issued with respect to the Joint Debtor/Employee's wages.

6.    The employer is to mail all remittances with the Joint Debtor/Employee's name, **JEANNETTE DROZD**, and **bankruptcy case number of 6:10-bk-17290** on the front of the check to:   **Chapter 13 Trustee, P.O. Box 1103, Memphis, TN 38101-1103, Telephone:  (407) 648-8841.**

DONE and ORDERED in Orlando, Florida, this 4th day of October, 2010

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:
Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790
American Automobile Association, Attn:  Payroll Dept., 1000 AAA Drive, Heathrow, FL 32746
Jeannette Drozd, 2037 Apricot Drive, Deltona, FL  32725
David E. Abeles, Esquire, 5 West Highbanks Road, DeBary, FL 32713